IN THE SUPREME COURT OF TEXAS

 No. 06-0565

 IN RE PAH CO. AND PETER A. HALMOS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed July 6, 2006, is
granted in part. The Order Granting Plaintiff's Motion to Compel dated
March 13, 2006, in Cause No. 04-05208-I, styled Bombardier Airospace
Corporation v. Peter A. Halmos (individually and doing business as PAH
Corporation), in the 162nd Judicial District Court of Dallas County, Texas,
is stayed as to the part of the order compelling responses to Request for
Production No. 22 of Plaintiff's Second Request for Production of Documents
and Interrogatory No. 6 of Plaintiff's First Set of Interrogatories. All
other relief requested in the motion for temporary relief is denied.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this the 24th day of July, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk